Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of mandarin oil similar in all material respects to that the subject of *Fritzsche Bros., Inc.* v. *United States* (21 Cust. Ct. 90, C. D. 1134), the claim of the plaintiff was sustained.

**No. 54396.**—Quon Quon Company v. United States, protests 104360–K and 112356–K (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shells, temporarily strung, the same in all material respects as the articles the subject of Abstract 53093 and *United States* v. *Colonial Bead Co., Inc.* (36 C. C. P. A. 78, C. A. D. 401), the claim for free entry under paragraph 1738 was sustained.

**No. 54397.**—American & Far East Trading Co. et al. v. United States, protests 113387–K, etc. (San Francisco).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shells, not manufactured or advanced in value, the same as the articles the subject of Abstracts 50357 and 53093, the claim for free entry under paragraph 1738 was sustained.

**No. 54398.**—L. Cristion et al. v. United States, protests 117128–K, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of shells, not manufactured or advanced in value, the same as the articles the subject of Abstracts 50357 and 53093, the claim for free entry under paragraph 1738 was sustained.

**No. 54399.**—Schroeder Bros., Inc. v. United States, protests 127407–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, JUNE 13, 1950

**No. 54400.**—I. Bauer, Inc. v. United States, protest 157184–K (New York).